Jimin Ren
4 Glenn Place
Whippany, NJ 07981

Judge Sheridan
U.S. District Court
50 Walnut Street
Room 4015
Newark, NJ 07102

**VIA FACSIMILE (973-645 4549)**

                RE:    Ren v. Keisler
                     Case: CIV 07-4908

Dear Judge Sheridan:

I hereby respectfully inform you that I was already naturalized as a U.S. citizen. Therefore, the issue involved in the above case was resolved. Please dismiss the case.

Regards,

*[signature]*

Jimin Ren

SO ORDERED: *[signature]*
DATED: 4/10/08